IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRANCISCO SOTO**                                                          **PLAINTIFF**

**v.**                          **CASE NO. 2:22-CV-00240-BSM**

**COLE STRAYHORN,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of November, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE